**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEW JERSEY DIVISION**

In re: FRANCHISE KINGS OF ATLANTIC CITY    § Case No. 11-11967
§
§
§
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Thomas J. Subranni, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $35,344.97 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $362,806.30 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $98,198.93 | |

   3) Total gross receipts of $ 461,005.23 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $461,005.23
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,363,312.46 | $310,347.06 | $310,347.06 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 110,807.98 | 142,369.63 | 142,369.63 | 98,198.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 251,961.08 | 170,520.64 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 206,053.43 | 200,920.98 | 52,459.24 |
| **TOTAL DISBURSEMENTS** | $110,807.98 | $2,963,696.60 | $824,158.31 | $461,005.23 |

4) This case was originally filed under Chapter 11 on January 25, 2011 and it was converted to Chapter 7 on April 11, 2011. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2013          By: /s/Thomas J. Subranni
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRANCHISE AGREEMENT INCLUDING EQUIPMENT, ETC. | 1249-000 | 450,000.00 |
| WILLOW RUN FOODS, INC. | 1241-000 | 3,000.00 |
| MENNELLA'S POULTRY CO., INC. | 1241-000 | 8,000.00 |
| Interest Income | 1270-000 | 5.23 |
| **TOTAL GROSS RECEIPTS** | | **$461,005.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Bank of America, N.A. | 4110-000 | N/A | 513,886.74 | 0.00 | 0.00 |
| 10 | Bank of America, N.A. | 4110-000 | N/A | 606,862.58 | 185,004.97 | 185,004.97 |
| 11 | Bank of America, N.A. | 4110-000 | N/A | 4,197.00 | 0.00 | 0.00 |
| 12 | Bank of America, N.A. | 4110-000 | N/A | 575,064.61 | 7,304.69 | 7,304.69 |
| 13 | Bank of America, N.A. | 4110-000 | N/A | 552,298.56 | 7,034.43 | 7,034.43 |
| | Levine Staller Trust Acct. for Benefit of Specialty | 4210-000 | N/A | 111,002.97 | 111,002.97 | 111,002.97 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,363,312.46** | **$310,347.06** | **$310,347.06** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas J. Subranni | 2100-000 | N/A | 26,300.26 | 26,300.26 | 15,930.98 |
| SUBRANNI ZAUBER LLC | 3110-000 | N/A | 80,315.00 | 80,315.00 | 48,649.60 |
| SUBRANNI ZAUBER LLC | 3120-000 | N/A | 1,213.13 | 1,213.13 | 734.84 |
| SHARER PETREE BROTZ & SNYDER | 3410-000 | N/A | 3,533.50 | 3,533.50 | 2,140.36 |
| SHARER PETREE BROTZ & SNYDER | 3420-000 | N/A | 21.10 | 21.10 | 12.78 |
| DAVID R. MALTZ & CO., INC. | 3610-000 | N/A | 22,500.00 | 22,500.00 | 22,500.00 |
| DAVID R. MALTZ & CO., INC. | 3620-000 | N/A | 3,225.25 | 3,225.25 | 3,225.25 |
| United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 650.00 | 650.00 | 393.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.84 | 43.84 | 43.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 853.33 | 853.33 | 853.33 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 207.51 | 207.51 | 207.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 233.48 | 233.48 | 233.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 178.10 | 178.10 | 178.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 141.91 | 141.91 | 141.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 146.52 | 146.52 | 146.52 |
| STATE of NEW JERSEY - Division of Taxation | 2820-000 | N/A | 750.00 | 750.00 | 750.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 140.88 | 140.88 | 140.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 158.85 | 158.85 | 158.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 139.26 | 139.26 | 139.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 153.36 | 153.36 | 153.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 134.68 | 134.68 | 134.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 111.29 | 111.29 | 111.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 130.91 | 130.91 | 130.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 118.74 | 118.74 | 118.74 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 116.06 | 116.06 | 116.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 116.79 | 116.79 | 116.79 |
| Rabobank, N.A. | 2600-000 | N/A | 92.95 | 92.95 | 92.95 |
| Rabobank, N.A. | 2600-000 | N/A | 81.22 | 81.22 | 81.22 |
| Rabobank, N.A. | 2600-000 | N/A | 84.01 | 84.01 | 84.01 |
| Rabobank, N.A. | 2600-000 | N/A | 92.57 | 92.57 | 92.57 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Rabobank, N.A. | 2600-000 | N/A | 92.13 | 92.13 | 92.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $142,369.63 | $142,369.63 | $98,198.93 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of Treasury - Internal Revenue Service | 5800-000 | N/A | 78,240.44 | 0.00 | 0.00 |
| 1P-3 | Department of Treasury - Internal Revenue Service | 5400-000 | N/A | 83,885.30 | 83,885.30 | 0.00 |
| 3S | State of New Jersey | 5800-000 | N/A | 11,652.18 | 11,652.18 | 0.00 |
| 5 | State of New Jersey | 5800-000 | N/A | 41,338.62 | 41,338.62 | 0.00 |
| 7 | State of New Jersey | 5400-000 | N/A | 7,144.54 | 7,144.54 | 0.00 |
| 6-CH7 | State of New Jersey | 5800-000 | N/A | 3,200.00 | 0.00 | 0.00 |
| 6-CH11 | State of New Jersey | 5800-000 | N/A | 26,500.00 | 26,500.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $251,961.08 | $170,520.64 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of Treasury - Internal Revenue Service | 7100-000 | N/A | 5,132.45 | 0.00 | 0.00 |
| 1U-3 | Department of Treasury - Internal Revenue Service | 7300-000 | N/A | 28,026.54 | 28,026.54 | 0.00 |
| 2 | Meister Seelig & Fein LLP | 7100-000 | N/A | 110,040.62 | 110,040.62 | 0.00 |
| 3U | State of New Jersey | 7300-000 | N/A | 2,750.13 | 2,750.13 | 0.00 |
| 4 | State of New Jersey | 7100-000 | N/A | 7,644.45 | 7,644.45 | 0.00 |
| | Levine Staller Trust Acct. for Benefit of Specialty | 7100-000 | N/A | 4,220.65 | 4,220.65 | 4,220.65 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Chelsea Atlantic Equities, LLP | 7100-000 | N/A | 28,451.94 | 28,451.94 | 28,451.94 |
| | STERNS & WEINROTH | 7100-000 | N/A | 15,403.84 | 15,403.84 | 15,403.84 |
| | Levine Staller Trust Acct. for Benefit of Specialty | 7100-000 | N/A | 4,382.81 | 4,382.81 | 4,382.81 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $206,053.43 | $200,920.98 | $52,459.24 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-11967  
**Case Name:** FRANCHISE KINGS OF ATLANTIC CITY  

**Period Ending:** 12/06/13

**Trustee:** (500840) Thomas J. Subranni  
**Filed (f) or Converted (c):** 04/11/11 (c)  
**§341(a) Meeting Date:** 05/26/11  
**Claims Bar Date:** 08/24/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  BANK ACCOUNTS<br>       TD Bank Checking Account. | 0.00 | 0.00 | | 0.00 | FA |
| 2  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>       All Machinery, fixtures and the like were included in the Private Sale: Asset # 4.  (See Footnote) | 30,000.00 | 0.00 | | 0.00 | FA |
| 3  INVENTORY<br>       All inventory of merchandise, non-perishible goods & supplies were included in the Private Sale: Asset # 4. (See Footnote) | 5,344.97 | 0.00 | | 0.00 | FA |
| 4  FRANCHISE AGREEMENT INCLUDING EQUIPMENT, ETC. (u)<br>       Private Sale "package" included assets #2 and #3. All perishable foods were donated to the Atlantic City Rescue Mission.  (See Footnote) | Unknown | Unknown | | 450,000.00 | FA |
| 5  WILLOW RUN FOODS, INC. (u)<br>       Per Settlement of Controversy dated 12/11/12. | Unknown | Unknown | | 3,000.00 | FA |
| 6  MENNELLA'S POULTRY CO., INC. (u)<br>       Per Settlement of Controversy dated 5/7/13.<br>       ADV. # 13-1031. | Unknown | Unknown | | 8,000.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 5.23 | FA |
| 7  Assets  Totals (Excluding unknown values) | **$35,344.97** | **$0.00** | | **$461,005.23** | **$0.00** |

RE PROP# 2    Lobby tables, trash cans, cash registers, soda fountain, office equipment, etc.  
RE PROP# 3    Chicken and other perishables; packaged goods i.e. sandwich wrap, cold cups, napkins, etc.  
RE PROP# 4    Per Terms & Conditions of Auction Sale that took place on Tuesday, October 18, 2011.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     September 30, 2012        **Current Projected Date Of Final Report (TFR):**     June 30, 2013  (Actual)

Printed: 12/06/2013 03:07 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-11967
**Case Name:** FRANCHISE KINGS OF ATLANTIC CITY
**Taxpayer ID #:** **-***8770
**Period Ending:** 12/06/13

**Trustee:** Thomas J. Subranni (500840)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******70-65 - Checking Account
**Blanket Bond:** $33,548,151.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/11 | {4} | LAL Restaurant Group, Inc. | Deposit | 1249-000 | 20,000.00 | | 20,000.00 |
| 10/19/11 | {4} | Chandresh and Pinank Patel | Deposit | 1249-000 | 20,000.00 | | 40,000.00 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 40,000.20 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.84 | 39,956.36 |
| 11/04/11 | {4} | LAL Restaurant Group, Inc. | Incoming Wire for Settlement | 1249-000 | 430,000.00 | | 469,956.36 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.50 | | 469,959.86 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 853.33 | 469,106.53 |
| 12/01/11 | | To Account #9200******7066 | For payments per specified Court Orders. | 9999-000 | | 351,118.80 | 117,987.73 |
| 12/01/11 | 1001 {4} | Jay L. Yackow, Esq., Attorney for Lal Restaurant Group, Inc. | Bidder's Deposit Refund. | 1249-000 | -20,000.00 | | 97,987.73 |
| 12/15/11 | 1002 | SUBRANNI, THOMAS J. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/15/2011 FOR CASE #11-11967, Blanket Bond No. 016026385 Voided on 12/15/11 | 2300-000 | | 207.51 | 97,780.22 |
| 12/15/11 | 1002 | SUBRANNI, THOMAS J. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/15/2011 FOR CASE #11-11967, Blanket Bond No. 016026385 Voided: check issued on 12/15/11 | 2300-000 | | -207.51 | 97,987.73 |
| 12/15/11 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/15/2011 FOR CASE #11-11967, Blanket Bond #016026385 | 2300-000 | | 207.51 | 97,780.22 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.85 | | 97,781.07 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 233.48 | 97,547.59 |
| 01/11/12 | | To Account #9200******7066 | (To pay Auctioneer) | 9999-000 | | 25,725.25 | 71,822.34 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.68 | | 71,823.02 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 178.10 | 71,644.92 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 141.91 | 71,503.01 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 146.52 | 71,356.49 |
| 04/12/12 | 1004 | STATE of NEW JERSEY - Division of Taxation | CBT-200-TS (2011) TIN: 204-400-877/000 | 2820-000 | | 750.00 | 70,606.49 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 140.88 | 70,465.61 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 158.85 | 70,306.76 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.26 | 70,167.50 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 153.36 | 70,014.14 |
| 08/03/12 | 1005 | Levine Staller Trust Acct. for Benefit of Specialty Finance | Final Payment from Sale of Debtor's Assets. | 7100-000 | | 4,382.81 | 65,631.33 |
| 08/03/12 | 1006 | Bank of America | Final Payment from Sale of Debtor's Assets. | 4110-000 | | 7,304.69 | 58,326.64 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 134.68 | 58,191.96 |

Subtotals :     $450,005.23     $391,813.27

{} Asset reference(s)

Printed: 12/06/2013 03:07 PM     V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-11967  
**Case Name:** FRANCHISE KINGS OF ATLANTIC CITY  

**Taxpayer ID #:** **-***8770  
**Period Ending:** 12/06/13  

**Trustee:** Thomas J. Subranni (500840)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-65 - Checking Account  
**Blanket Bond:** $33,548,151.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 111.29 | 58,080.67 |
| 10/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 130.91 | 57,949.76 |
| 11/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 118.74 | 57,831.02 |
| 12/13/12 | {5} | Willow Run Foods, Inc. | (4/18/11 Fraudulent Transfer) | 1241-000 | 3,000.00 |  | 60,831.02 |
| 12/14/12 | 1007 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/13/2012 FOR CASE #11-11967/GMB, Blanket Bond #016026385 for 2013. | 2300-000 |  | 116.06 | 60,714.96 |
| 12/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 116.79 | 60,598.17 |
| 01/03/13 |  | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001050084088 20130103 | 9999-000 |  | 60,598.17 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | 453,005.23 | 453,005.23 | $0.00 |
|  |  | Less: Bank Transfers |  |  | 0.00 | 437,442.22 |  |
|  |  | **Subtotal** |  |  | 453,005.23 | 15,563.01 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$453,005.23** | **$15,563.01** |  |

{} Asset reference(s)

Printed: 12/06/2013 03:07 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-11967  
**Case Name:** FRANCHISE KINGS OF ATLANTIC CITY  

**Taxpayer ID #:** **-***8770  
**Period Ending:** 12/06/13  

**Trustee:** Thomas J. Subranni (500840)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-66 - Checking Account  
**Blanket Bond:** $33,548,151.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/11 | | From Account #9200******7065 | For payments per specified Court Orders. | 9999-000 | 351,118.80 | | 351,118.80 |
| 12/01/11 | 101 | Bank of America | Reimburse rent payment per 9/15/11 Order (docket entry 47) | 4110-000 | | 7,034.43 | 344,084.37 |
| 12/01/11 | 102 | Bank of America | Payment of 62.5% of net sale proceeds per 10/18/11 Order(docket entry 59) | 4110-000 | | 185,004.97 | 159,079.40 |
| 12/01/11 | 103 | Levine Staller Trust Acct. for Benefit of Specialty Finance | Reimburse rent payment per 9/15/11 Order (docket entry no. 47) | 7100-000 | | 4,220.65 | 154,858.75 |
| 12/01/11 | 104 | Levine Staller Trust Acct. for Benefit of Specialty Finance | Payment of 37.5% of net sale proceeds per 10/18/11 Order (docket no.59) | 4210-000 | | 111,002.97 | 43,855.78 |
| 12/01/11 | 105 | Chelsea Atlantic Equities, LLP | Portion of required payment to LL to cure default per 11/4/11 Order (doc.62) | 7100-000 | | 28,451.94 | 15,403.84 |
| 12/01/11 | 106 | STERNS & WEINROTH | Portion of required payment to LL to cure default per 11/4/11 Order (doc.62) | 7100-000 | | 15,403.84 | 0.00 |
| 01/11/12 | | From Account #9200******7065 | (To pay Auctioneer) | 9999-000 | 25,725.25 | | 25,725.25 |
| 01/11/12 | 107 | DAVID R. MALTZ & CO., INC. | Auctioneer's Fees | 3610-000 | | 22,500.00 | 3,225.25 |
| 01/11/12 | 108 | DAVID R. MALTZ & CO., INC. | Auctioneer's Expenses | 3620-000 | | 3,225.25 | 0.00 |
| | | | ACCOUNT TOTALS | | 376,844.05 | 376,844.05 | $0.00 |
| | | | Less: Bank Transfers | | 376,844.05 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **376,844.05** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$376,844.05** | |

{} Asset reference(s)                                                                                              Printed: 12/06/2013 03:07 PM     V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-11967  
**Case Name:** FRANCHISE KINGS OF ATLANTIC CITY  

**Taxpayer ID #:** **-***8770  
**Period Ending:** 12/06/13

**Trustee:** Thomas J. Subranni (500840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****970465 - Checking Account  
**Blanket Bond:** $33,548,151.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 60,598.17 | | 60,598.17 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.95 | 60,505.22 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.22 | 60,424.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.01 | 60,339.99 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.57 | 60,247.42 |
| 05/20/13 | 11008 | UNITED STATES BANKRUPTCY COURT | Filing Fee - Adversary Proceeding No. 13-1031-GMB | 2700-000 | | 293.00 | 59,954.42 |
| 05/23/13 | {6} | Mennella's Poultry Co., Inc. | Re: Settlement Agreement. | 1241-000 | 8,000.00 | | 67,954.42 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.13 | 67,862.29 |
| 11/04/13 | 11009 | Thomas J. Subranni | Dividend paid 60.57% on $26,300.26, Trustee Compensation;  Reference: | 2100-000 | | 15,930.98 | 51,931.31 |
| 11/04/13 | 11010 | SHARER PETREE BROTZ & SNYDER | Dividend paid 60.57% on $3,533.50, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 2,140.36 | 49,790.95 |
| 11/04/13 | 11011 | SHARER PETREE BROTZ & SNYDER | Dividend paid 60.57% on $21.10, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 12.78 | 49,778.17 |
| 11/04/13 | 11012 | SUBRANNI ZAUBER LLC | Dividend paid 60.57% on $80,315.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 48,649.60 | 1,128.57 |
| 11/04/13 | 11013 | SUBRANNI ZAUBER LLC | Dividend paid 60.57% on $1,213.13, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 734.84 | 393.73 |
| 11/04/13 | 11014 | United States Trustee (ADMINISTRATIVE) | Dividend paid 60.57% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 393.73 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 68,598.17 | 68,598.17 | $0.00 |
| | | | Less: Bank Transfers | | 60,598.17 | 0.00 | |
| | | | **Subtotal** | | **8,000.00** | **68,598.17** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,000.00** | **$68,598.17** | |

{} Asset reference(s)

Printed: 12/06/2013 03:07 PM     V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-11967  
**Case Name:** FRANCHISE KINGS OF ATLANTIC CITY  

**Taxpayer ID #:** **-***8770  
**Period Ending:** 12/06/13  

**Trustee:** Thomas J. Subranni (500840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****970466 - Checking Account  
**Blanket Bond:** $33,548,151.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :      461,005.23  
_____  
Net Estate :      $461,005.23

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******70-65** | 453,005.23 | 15,563.01 | 0.00 |
| **Checking # 9200-******70-66** | 0.00 | 376,844.05 | 0.00 |
| **Checking # ****970465** | 8,000.00 | 68,598.17 | 0.00 |
| **Checking # ****970466** | 0.00 | 0.00 | 0.00 |
| | $461,005.23 | $461,005.23 | $0.00 |

{} Asset reference(s)

Printed: 12/06/2013 03:07 PM      V.13.13