Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 11–11967–GMB  
Chapter: 7  
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Franchise Kings of Atlantic City, Inc.  
   1740 Atlantic Ave.  
   Atlantic City, NJ 08401

Social Security No.:

Employer's Tax I.D. No.:  
   20–4400877

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 14, 2014

Gloria M. Burns  
Judge, United States Bankruptcy Court